**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: Case No. _____

**MELENDEZ GARCIA, WALDEMAR & RIVERA RODRIGUEZ, ANA D**    Chapter **13**
 Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **10/29/2010**            ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION            Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **380.00** x **60** = $ **22,800.00**
$_____ x _____ = $_____
$_____ x _____ = $_____
$_____ x _____ = $_____
$_____ x _____ = $_____

TOTAL: $ **22,800.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **22,800.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,700.00**

Signed: **/s/ WALDEMAR MELENDEZ GARCIA**
   Debtor

**/s/ ANA D RIVERA RODRIGUEZ**
   Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **FIRSTBANK**        Cr. _____        Cr. _____
 # **0000181084**         # _____          # _____
 $ **6,251.85**           $ _____          $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM**              Cr. **DEPARTAMENTO DE** Cr. _____
 # **112-067-465-08-000** # **112-067-465-08-000** # _____
 $ **6,028.85**           $ **284.69**           $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____           Cr. _____         Cr. _____
 # _____            # _____           # _____
 $ _____            $ _____           $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **FIRSTBANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
           ☐ Paid 100% / ☐ Other: _____
Cr. _____           Cr. _____         Cr. _____
 # _____            # _____           # _____
 $ _____            $ _____           $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **ROBERTO PEREZ OBREGON LAW OFFICE**        Phone: **(787) 787-9883**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>MELENDEZ GARCIA, WALDEMAR & RIVERA RODRIGUEZ, ANA D</u>      Case No. _____
                               Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**1. FIRSTBANK, DEPARTAMENTO DE HIPOTECAS, ACCT. #0000181084 - ARREARS UP TO AND INCLUDING 11/2010 TO BE PAID THROUGH TRUSTEE. REGULAR INSTALLMENTS DIRECTLY AS OF 12/2010.**

**2. BAXTER CREDIT UNION, ACCT. #744731-11 - STAY TO BE LIFTED.**

**3. ASOC DE RESIDENTES PALACIOS DEL RIO I - POST-PETITION PAYMENTS DIRECTLY.**

**4. ASUME, ACCT. #0260631 - ARREARS TO BE PAID THROUGH TRUSTEE AFTER ADMINISTRATIVE EXPENDITURES. POST-PETITION PAYMENTS DIRECTLY.**

**5. TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE, FOR THE USE BY DEBTOR OF A PORTION OF SUCH REFUND, DEBTOR WILL SEEK AUTHORIZATION PRIOR TO USE OF FUNDS. DEBTOR WILL SUBMIT ANNUAL TAX RETURNS TO TRUSTEE FOR VERIFICATION.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only